SUMMARY DISPOSITION ORDER

Affirmed.

396 P.3d 1151

STATE of Hawai'i, Plaintiff-Appellant,

v.

Eric N. YOKOTA, Defendant-Appellee

NO. CAAP-16-0000006

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, June 23, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CR. NO. 15-1-0999)

SUMMARY DISPOSITION ORDER

Vacated. Remanded.

396 P.3d 1151

Richard MISSLER and Patricia Missler, Appellants-Appellees,

v.

BOARD OF APPEALS OF THE COUNTY OF HAWAI'I; B.J. Leithead-Todd, Planning Director, Department of Planning, County of Hawai'i, Appellees-Appellants

and

Malama Investments LLC, a Hawai'i Limited Liability Company; Loren Saxton and Mary Saxton, Co-Trustees of the Saxton Trust Dated March 17, 2005, Appellees-Appellees

Richard Missler and Patricia Missler, Appellants-Appellees,

v.

B.J. Leithead-Todd, Appellee-Appellant,

and

Board of Appeals of the County of Hawai'i, Malama Investments LLC, a Hawai'i Limited Liability Company; Loren Saxton and Mary Saxton, Co-Trustees of the Saxton Trust Dated March 17, 2005, Appellees-Appellees

Richard Missler and Patricia Missler, Appellants-Appellants,

v.

Board of Appeals of the County of Hawai'i, Malama Investments LLC, a Hawai'i Limited Liability Company; Loren Saxton and Mary Saxton, Co-Trustees of the Saxton Trust Dated March 17, 2005; and Planning Director, Department of Planning, County of Hawai'i, Appellees-Appellees

and

and

NO. CAAP-13-002347
NO. CAAP-13-0002752
NO. CAAP-13-0003040

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, June 26, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT (CIVIL NO. 12-1-449K)

14

## MEMORANDUM OPINION

Remanded.

396 P.3d 1152

US BANK NATIONAL ASSOCIATION, as Trustee for the Structured Asset Securities Corporation Mortgage Loan Trust, 2006-NC1, Plaintiff/Counterclaim-Defendant/Appellant/Cross-appellee/Appellee/cross-Appellant,

v.

Daneford Michael WRIGHT, Ellareen Uilani Wright, Defendants/Cross-Claim Defendants/Appellees/Cross-Appellants/Appellants/Cross-Appellees,

and

County of Maui, Wailuku Country Estates Community Association, Inc., Defendants/Cross-Claim Defendants/Appellees

and

Finance Factors, Limited, Defendant/Counterclaim-Plaintiff/Cross-Claim Plaintiff/Appellee

and

John Does 1-10, Jane Does 1-10, DOE Partnerships 1-10, DOE Corporations 1-10, DOE Entities 1-10, DOE Governmental Units 1-10, Defendants

NO. CAAP-16-0000158

Intermediate Court of Appeals of Hawaiʻi.

DATED: Honolulu, Hawaiʻi, June 26, 2017.

As Amended June 27, 2017

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT (CIVIL NO. 09-1-0961(2))

## SUMMARY DISPOSITION ORDER

Remanded.

396 P.3d 1152

STATE of Hawaiʻi, Plaintiff-Appellee,

v.

Tracy SOUZA, Defendant-Appellant

NO. CAAP-13-0002043

Intermediate Court of Appeals of Hawaiʻi.

DATED: Honolulu, Hawaiʻi, June 28, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CRIMINAL NO. 12-1-1028)

## SUMMARY DISPOSITION ORDER

Affirm.

396 P.3d 1152

COUNTY OF HAWAIʻI, a Municipal Corporation of the State of Hawaiʻi Plaintiff-appellant,

v.

William R. SANTOS and Edita B. Santos, Trustees for The Santos Family Trust Dated May 12, 1994, Defendants-appellees,

and

John Does 1-100; Jane Does 1-100; DOE Partnerships; DOE Corporations 1-100; DOE Entities 1-100; and DOE Governmental Units 1-100, Defendants

NO. CAAP-15-0000894

Intermediate Court of Appeals of Hawaiʻi.

June 28, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT (CIVIL NO. 02-1-0131K)